# IN THE SUPREME COURT OF THE STATE OF NEVADA

LIBORIUS AGWARA,
                Appellant,
vs.
KING UMOREN; AND DANIEL
MARKS,
                Respondents.

No. 83614

**FILED**

JAN 1 9 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting a motion to vacate an order to pay attorney's lien. Eighth Judicial District Court, Family Court Division, Clark County; Mary D. Perry, Judge.

Review of the documents transmitted to this court by the district court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant does not have standing to appeal. NRAP 3A(a) (allowing an appeal by an aggrieved party). "[A]n attorney representing a client in a case is not a party to the action and does not have standing to appeal" from a district court order adjudicating an attorney lien in that

litigation. *Albert D. Massi, Ltd. v. Bellmyre*, 111 Nev. 1520, 1521, 908 P.2d 705, 706 (1995). Accordingly, this court lacks jurisdiction, and

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.   _____, J.
Cadish           Pickering

cc: Hon. Mary D. Perry, District Judge, Family Court Division
   Law Offices of Libo Agwara, Ltd.
   Law Office of Daniel Marks
   King Umoren
   Eighth District Court Clerk

---

[1]Appellant's motion for an extension of time to file an opposition to the motion to dismiss is granted. The opposition was filed on January 7, 2022, and a reply was filed on January 12, 2022. The motion to dismiss is denied as moot.